UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brian C. Kerzetski,<br><br>    Plaintiff<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>    Defendants | Case No.: 2:25-cv-00979-APG-EJY<br><br>**Order Granting Motion to Vacate Motions for Pretrial Equitable Relief**<br><br>[ECF Nos. 2, 3, 5] |

State prisoner Brian Kerzetski brings this civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison. ECF No. 1-1. Kerzetski filed motions seeking a temporary restraining order and a preliminary injunction requiring that prison officials adhere to regulations and procedures. ECF Nos. 2, 3. He now moves to vacate those pending motions, arguing that they "are no longer prudent." ECF No. 5. Kerzetski has shown good cause to terminate his motions.

I THEREFORE ORDER that the motion to vacate pending motions (ECF No. 5) is granted. The court will disregard the plaintiff's motions for pretrial equitable relief, and it will screen his complaint in the ordinary course.

The Clerk of Court is directed to terminate the motions for a temporary restraining order and a preliminary injunction (ECF Nos. 2, 3).

Dated: September 12, 2025

_____
Andrew P. Gordon
Chief United States District Judge